1 | William L. Anthony, Jr. (SBN 106908)
*wanthony@orrick.com*
2 | Elizabeth A. Howard (SBN 173185)
*ehoward@orrick.com*
3 | Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
4 | Menlo Park , CA 94025
Telephone:     (650) 614-7400
5 | Facsimile:      (650) 614-7401

6 | William Harrison Wright, III (SBN 161580)
*wwright@orrick.com*
7 | Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
8 | Los Angeles , CA 90017-5855
Telephone:     (213) 629-2478
9 | Facsimile:      (213) 612-2499

10 | Attorneys for Plaintiff
UNITED MICROELECTRONICS CORPORATION
11 |
Edward G. Poplawski (SBN 113590)
12 | *epoplawski@sidley.com*
Spencer W. Ririe (SBN 248277)
13 | *sririe@sidley.com*
SIDLEY AUSTIN LLP
14 | 555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
15 | Telephone:     (213) 896-6000
Facsimile:      (213) 896-6600
16 |
Attorneys For Defendant
17 | LSI CORPORATION

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA

20 | SAN FRANCISCO DIVISION

21 | UNITED MICROELECTRONICS CORPORATION, a corporation organized | Case No. 3:09-CV-00105-WHA
22 | under the laws of Taiwan, Republic of China, | Related to:
23 | Plaintiff, | Case No. 3:08-CV-04991-WHA
Case No. 3:09-CV-00202-WHA
24 | v. | [~~PROPOSED~~] **ORDER RE SCHEDULE**
25 | LSI CORPORATION, a Delaware corporation, | **FOR CLAIM CONSTRUCTION AND PATENT LOCAL RULES**
26 | Defendant

27 |

28 | [~~Proposed~~] Order Re: Schedule for Claim Construction
and Patent Local Rules
Case No. 3:09-cv-00105-WHA

LA1 1457373

# [PROPOSED] ORDER

IT IS SO ORDERED.

The Parties will comply with the Patent Local Rules and file *Daubert* motions pursuant to the deadlines set forth in the table below.

| Event | Deadline under Case Management Order | ORDERED Herein: |
|---|---|---|
| Initial Disclosures | February 20, 2009 | |
| Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1 & 3-2) | | March 25, 2009 |
| Last Day to Amend Pleadings | March 26, 2009 | |
| Invalidity Contentions (Patent L.R. 3-3 & 3-4) | | May 11, 2009 |
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | | May 21, 2009 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) | | June 10, 2009 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | | July 2, 2009 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | | July 30, 2009 |
| Claim Construction Opening Brief (Patent L.R. 4-5(a)) | | August 13, 2009 |
| Claim Construction Responsive Brief (Patent L.R. 4-5(b)) | | August 27, 2009 |
| Claim Construction Reply Brief (Patent L.R. 4-5(c)) | | September 3, 2009 |
| Claim Construction Tutorial | September 9, 2009 | |

| Event | Deadline under Case Management Order | ORDERED Herein: |
|---|---|---|
| Claim Construction Hearing | September 23, 2009 | |
| Producing Opinions of Counsel | November 2, 2009 | |
| Service of List of Expert Issues | November 2, 2009 | |
| Non-expert Discovery Cut-off | November 30, 2009 | |
| Expert Reports As To Any Issue On Which a Party Has the Burden of Proof | November 30, 2009 | |
| Responsive Expert Reports | December 14, 2009 | |
| Reply Expert Reports | December 21, 2009 | |
| Expert Discovery Cut-off | January 4, 2010 | |
| Last Day to File Daubert Motions | | January 7, 2010 |
| Last Day to File Dispositive Motions | January 7, 2010 | |

Dated: February 17, 2009

By: _____
The Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*