WILLIAM L. ANTHONY, JR. (SBN 106908)
*wanthony@orrick.com*
ELIZABETH A. HOWARD (SBN 173185)
*ehoward@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

WILLIAM H. WRIGHT (SBN 161580)
*wwright@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Plaintiff
UNITED MICROELECTRONICS CORPORATION

Edward G. Poplawski (SBN 113590)
*epoplawski@sidley.com*
Spencer W. Ririe (SBN 248277)
*sririe@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys For Defendant
LSI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED MICROELECTRONICS CORPORATION, a corporation organized under the laws of Taiwan, Republic of China,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION, a Delaware corporation,<br><br>Defendant | Case No. 3:09-CV-00105-WHA<br><br>Related to:<br><br>Case No. 3:08-CV-04991-WHA<br>Case No. 3:09-CV-00202-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF AMENDED PLEADINGS** |

OHS West:260631598.1

**Stipulation And [Proposed] Order Permitting Filing Amended Pleadings; Case No. 3:09-CV-00105-WHA**

1  Pursuant to Fed. R. Civ. P. 15(a), United Microelectronics Corporation ("UMC") and LSI
2  Corporation (collectively, "the parties") hereby submit the following Stipulation:
3  WHEREAS, the deadline for seeking leave to add any new parties or pleading amendments
4  is March 26, 2009;
5  WHEREAS, LSI Corporation has averred in its Answer, Affirmative Defenses and
6  Counterclaims that the Court lacks subject matter jurisdiction and/or standing with respect to UMC's
7  declaratory relief claims concerning the '672, '543, '739 and '561 Patents;
8  WHEREAS, the parties understand and agree that this stipulation is not an admission by LSI
9  Corporation or its subsidiary, Agere Systems Inc., that (1) subject matter jurisdiction exists over
10 UMC's declaratory judgment claims, or (2) that UMC has standing to assert such declaratory
11 judgment claims;
12 WHEREAS, the parties understand and agree that this stipulation is not an admission by
13 UMC that any additional affirmative defenses or other amendments averred by LSI in its First
14 Amended Answer have merit;
15 WHEREAS, by entering into this stipulation, UMC makes no representation that it is liable
16 for any actions or activities of United Microdisplay Optronics Corporation, UMC Japan, UMCSG,
17 and UMCI Ltd. (collectively, "the newly added parties"), that UMC is willing or able to accept
18 service on behalf of the newly added parties, or that counsel for UMC will also represent the newly
19 added parties;
20 WHEREAS, the parties understand and agree that this stipulation is not an admission by
21 either party that any of the amendments by either party in the amended pleadings have merit;
22 IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through
23 their respective attorneys of record that:
24 1. Plaintiff, United Microelectronics Corporation may file a Second Amended
25 Complaint, a copy of which is attached as Exhibit A hereto.
26 2. Defendant LSI Corporation may file a First Amended Answer, a copy of which is
27 attached as Exhibit B hereto.
28

|     |                          |     |                          |
| --- | ------------------------ | --- | ------------------------ |
|     |                          |     | Respectfully Submitted,  |
| 1   |                          |     |                          |
| 2   | DATED: March 26, 2009    | By: | */s/ Elizabeth A. Howard* |

William L. Anthony, Jr.
Elizabeth A. Howard
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park , CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

William H. Wright, III
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles , CA 90017-5855
Telephone:  (213) 629-2478
Facsimile:  (213) 612-2499

Attorneys for Defendants,
UNITED MICROELECTRONICS CORPORATION
UMC GROUP (USA)

DATED: March 26, 2009    By:  */s/ Spencer W. Ririe*

Edward G. Poplawski
Spencer W. Ririe
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Attorneys for Plaintiff,
LSI CORPORATION

*Filer's Attestation: Pursuant to General Order No. 45, I, Elizabeth A. Howard, attest that I obtained concurrence in the filing of this document from the other signatories.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Plaintiff, United Microelectronics Corporation may file a Second Amended Complaint.

Defendant LSI Corporation may file a First Amended Answer.

Dated: ___April 1___, 2009

By: _____
The Honorable William Alsup
United States District Judge

