1  William L. Anthony, Jr. (SBN 106908)
   *wanthony@orrick.com*
2  Elizabeth A. Howard (SBN 173185)
   *ehoward@orrick.com*
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, CA 94025
5  Telephone: (650) 614-7400
   Facsimile: (650) 614-7401
6

7  William H. Wright (SBN 161580)
   *wwright@orrick.com*
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA 90017
   Telephone: (213) 629-2020
10 Facsimile: (213) 612-2499

11
   Attorneys for Plaintiff
12 UNITED MICROELECTRONICS CORPORATION

13 Edward G. Poplawski (SBN 113590)
   *epoplawski@sidley.com*
14 Spencer W. Ririe (SBN 248277)
   *sririe@sidley.com*
15 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
16 Los Angeles, California 90013-1010
   Telephone:    (213) 896-6000
17 Facsimile:    (213) 896-6600

18 Attorneys for Defendant
   LSI CORPORATION
19                    UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21                     SAN FRANCISCO DIVISION

22 UNITED MICROELECTRONICS            Case No. 3:09-CV-00105-WHA
   CORPORATION, a corporation organized
23 under the laws of Taiwan, Republic of China,   Related to:

24                            Plaintiff,   Case No. 3:08-CV-04991-WHA
   v.                                      Case No. 3:09-CV-00202-WHA
25
   LSI CORPORATION, a Delaware corporation,   **JOINT STIPULATION OF DISMISSAL**
26                                             **WITH PREJUDICE AND [~~PROPOSED~~]**
                               Defendant      **ORDER**
27

28

   **Joint Stipulation to Dismiss**
   **Case No. 3:09-CV-00105-WHA**

   LA1 1520078

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff United Microelectronics Corporation, on the one hand, and Defendant LSI Corporation, on the other hand, that each and every of Plaintiff's claims (including any and all declaratory judgment claims, cross-claims, and/or counterclaims) and each and every of Defendant's claims (including any and all declaratory judgment claims, cross-claims, and/or counterclaims) in the above-captioned matter be and are hereby voluntarily dismissed <u>with prejudice</u> against all named parties (including the parties added by the amended pleadings[1]) pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties shall each bear their own respective costs and fees.

Respectfully submitted,

DATED:  April 27, 2009                    By:   */s/ Elizabeth A. Howard*

William L. Anthony, Jr.
Elizabeth A. Howard
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park , CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

William Harrison Wright, III
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles , CA 90017-5855
Telephone: (213) 629-2478
Facsimile: (213) 612-2499

Attorneys for Plaintiff,
UNITED MICROELECTRONICS CORPORATION

DATED:  April 27, 2009                    By:   */s/ Spencer W. Ririe*

Edward G. Poplawski
Spencer W. Ririe
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010

---

[1] Agere Systems Inc., UMC Group (USA), UMCI Ltd., United Microdisplay Optronics Corporation, UMC Japan, and UMCSG.

Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendant,
LSI CORPORATION

*Filer's Attestation: Pursuant to General Order No. 45, I, Elizabeth A. Howard, attest that I obtained concurrence in the filing of this document from the other signatories.*

1          **[PROPOSED] ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3          1.    Case No. 3:09-CV-00105-WHA and all claims asserted herein are dismissed <u>with</u>

4                <u>prejudice</u>.

5          2.    Each party shall bear its own costs and fees.

6          3.    The Clerk is directed to close the files in the above-captioned matter.

7

8

9    Dated: April <u>28</u>, 2009

10

11

12                                    By:

13                                    The

14                                    Unite



15

16

17

18

19

20

21

22

23

24

25

26

27

28